# Third District Court of Appeal

## State of Florida

Opinion filed July 7, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-261
Lower Tribunal Nos. M19-12920, 20-29 AC
_____

**Anissa Nicole Sanantonio,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Christine Bandin, Judge.

Carlos J. Martinez, Public Defender, and Susan S. Lerner, Assistant Public Defender, for appellant.

Katherine Fernandez Rundle, State Attorney, and Lindsey M. Johnson, Assistant State Attorney; Ashley Moody, Attorney General, and Ivy R. Ginsberg, Assistant Attorney General, for appellee.

Before EMAS, HENDON and MILLER, JJ.

PER CURIAM.

Affirmed.  See J.B. v. State, 73 So. 3d 361 (Fla. 3d DCA 2011); State v. Clyatt, 976 So. 2d 1182 (Fla. 5th DCA 2008).  See also Bush v. State, 295 So. 3d 179, 200-01 (Fla. 2020) (abolishing the "special" standard of appellate review for circumstantial evidence cases, and holding that the standard of review to be applied to a determination of the legal sufficiency of evidence in support of a criminal conviction (regardless of the circumstantial nature of the evidence) is whether the State presented competent, substantial evidence and, viewing that evidence in the light most favorable to the State, whether a rational trier of fact could have found the State established the elements of the crime beyond a reasonable doubt).